**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Antione Earl Bradley<br>Mattelyn Lavern Collins Bradley<br>Debtor(s) | Case No. 13-21357 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/21/2013.

2) The plan was confirmed on 08/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/27/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/08/2017.

6) Number of months from filing to last payment: 53.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $35,945.52 |
| Less amount refunded to debtor | $492.58 |
| **NET RECEIPTS:** | **$35,452.94** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,550.65 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,050.65** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Allied Waste Services | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CRE | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 324.62 | 324.62 | 0.00 | 0.00 |
| ARMCO | Unsecured | NA | 750.97 | 750.97 | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 1,699.00 | NA | NA | 0.00 | 0.00 |
| Associated Allergists | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 850.00 | 719.98 | 719.98 | 0.00 | 0.00 |
| AUTOMOTIVE CREDIT CORP | Secured | 10,657.00 | 10,606.44 | 10,606.44 | 9,318.52 | 1,324.19 |
| AUTOMOTIVE CREDIT CORP | Unsecured | 10,657.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 287.00 | NA | NA | 0.00 | 0.00 |
| Boulevard Medical Associates | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Boulevard Pediatrics | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| CASHNET 500 | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CASTLE PAYDAY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF HOMETOWN | Unsecured | NA | 500.00 | 500.00 | 0.00 | 0.00 |
| COLLECTION PROF/Lasal | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 1,575.00 | NA | NA | 0.00 | 0.00 |
| Comcast Chicago Seconds - 4000 | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,406.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,049.00 | 2,495.17 | 2,495.17 | 17.17 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| COMPUCREDIT CORP/Salut | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY STATES ATTORNEY | Unsecured | 1,255.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 3,500.10 | 3,500.10 | 24.09 | 0.00 |
| Credit Collection Services | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Credit Recovery, Inc. | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTION | Unsecured | 365.00 | 367.48 | 367.48 | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 35,078.00 | 53,220.45 | 53,220.45 | 366.22 | 0.00 |
| EMP of Cook County | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 3,594.00 | NA | NA | 0.00 | 0.00 |
| FEMALE HEALTH CARE | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 741.00 | NA | NA | 0.00 | 0.00 |
| First Collection Services | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Saint James Health | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Saint James Health | Secured | 76.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 1,025.00 | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
| GOVERNORS STATE UNIVERSITY | Unsecured | NA | 2,454.00 | 2,454.00 | 16.89 | 0.00 |
| Great Plains Lending | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | NA | 192.89 | 192.89 | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | NA | 424.57 | 424.57 | 0.00 | 0.00 |
| I C System INC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 1,562.35 | 1,562.35 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 457.00 | 464.67 | 464.67 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 248.00 | 248.93 | 248.93 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 267.02 | 267.02 | 0.00 | 0.00 |
| KIDS CAN DO INC | Unsecured | NA | 59.90 | 59.90 | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAN | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 447.34 | 447.34 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 300.61 | 300.61 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 801.65 | 801.65 | 0.00 | 0.00 |
| MBB | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 15,825.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 553.00 | 553.48 | 553.48 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 776.00 | 776.33 | 776.33 | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Revenue Group | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Secured | 14,717.00 | 17,156.82 | 17,156.82 | 16,732.60 | 2,368.88 |
| NCEP LLC | Unsecured | 14,717.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| NELNET LOANS | Unsecured | 17,616.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 501.00 | 2,359.82 | 2,359.82 | 16.24 | 0.00 |
| North Shore Agency | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| North Star Finance | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Online Advance | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1.00 | 680.22 | 680.22 | 0.00 | 0.00 |
| PFG of Minnesota | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE STATE COLLEGE | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 457.00 | 456.97 | 456.97 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Professional Clinical Labs | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Professional Clinical Labs | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Professional Placement Svcs. | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 425.00 | 424.57 | 424.57 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 192.89 | 192.89 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,285.22 | 1,285.22 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,486.91 | 1,486.91 | 0.00 | 0.00 |
| Quick Loans | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| RCS | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Rita N Oganwu MD SC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 445.00 | 1,265.38 | 1,265.38 | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 819.00 | NA | NA | 0.00 | 0.00 |
| ST MARGARET MERCY HEALTHCAR | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Therapy Care, Ltd | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Treatment Cntr for Met. Disord | Unsecured | 536.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL SVC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US Cellular | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 3,650.00 | 3,740.44 | 3,740.44 | 25.74 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 5,500.00 | 25,115.87 | 25,115.87 | 172.83 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 1,788.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 11,625.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF DOLTON | Unsecured | NA | 450.00 | 450.00 | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 6,800.00 | 2,750.00 | 2,750.00 | 18.92 | 0.00 |
| VILLAGE OF SOUTH CHICAGO HEIGH | Unsecured | NA | 537.50 | 537.50 | 0.00 | 0.00 |
| Wellgroup Health Partners | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Wellgroup Health Partners | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| Wellgroup Health Partners | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $27,763.26 | $26,051.12 | $3,693.07 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$27,763.26** | **$26,051.12** | **$3,693.07** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$112,203.30** | **$658.10** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,050.65 |
| Disbursements to Creditors | $30,402.29 |
| **TOTAL DISBURSEMENTS** : | **$35,452.94** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/20/2017     By: /s/ Tom Vaughn
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**